IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>RICHARD JOE MUNOZ,<br><br>　　　　　　Defendant. | CR-21-06-H-BMM<br><br>**ORDER** |

The United States of America has charged defendant Richard Joe Munoz ("Munoz") with one count of Prohibited Person in Possession of Firearms and Ammunition. (Doc. 1). The United States moved the Court to exclude Munoz's potential affirmative defense—entrapment by estoppel. (Doc. 50). A hearing was held on the United States' *motion in limine* on October 26, 2021. (Doc. 64). For the reasons stated in open court, the motion is **DENIED** without prejudice. The United States may renew its motion during trial if Munoz raises the defense of entrapment by estoppel.

Dated the 27th day of October, 2021.

　　　　　　　　　　　　　　　　　　　／s／ Brian Morris
　　　　　　　　　　　　　　　　　　　Brian Morris, Chief District Judge
　　　　　　　　　　　　　　　　　　　United States District Court